UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 21-cr-00378-TJK |
| ) | |
| **ARTHUR JACKMAN, et al.,** ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF JOINDER**

NOW comes Defendants Kevin and Nathan Tuck by and through their counsel of record, William L. Shipley, Esq., and respectfully joins the separate motions filed by defendants Edward George and Paul Rae to vacate and reset the trial date in this matter:

(1) Defendant George's Motion to Continue Trial, ECF No. 184.

(2) Defendant Rae's Motion to Continue Trial, ECF No. 185

For the Court's consideration on the issue of rescheduling the trial date, undersigned counsel hereby advises the Court that he is set to begin trial in the District of Hawaii on October 28, 2024 in a multidefendant fraud trial.

Other calendaring conflicts already in place make mid-January 2025 the earliest that undersigned counsel can reschedule trial in this matter.

Further, undersigned counsel is currently in discussions with the jointly represented defendants Kevin and Nathan Tuck the potential need for a second attorney to be brought into the case as separate counsel for one or the other. That decision should be made in the next 10 days, and continuing the trial date would give that counsel additional time to be fully prepared.

Dated: June 27, 2024                    Respectfully Submitted,

                                                                  /s/ William L. Shipley
                                                                  _____
                                                                  William L. Shipley, Jr., Esq.
                                                                  PO BOX 745
                                                                  Kailua, Hawaii 96734
                                                                  Tel: (808) 228-1341
                                                                  Email: 808Shipleylaw@gmail.com

                                                                  *Attorney for Defendant*