# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ARTHUR JACKMAN,**<br><br>　　　　　**Defendant.** | **Crim. Action No. 1:21-cr-378 (TJK)** |

## MOTION TO CONTINUE SENTENCING HEARING

Defendant Arthur Jackman, by and through their undersigned counsel, respectfully submits this Motion to Continue Sentencing Hearing. He respectfully requests that this Court vacate the sentencing hearing currently scheduled for December 6, 2024, for at least one month. He also requests that the deadline for materials in support of sentencing be set for one week before the new sentencing hearing date. The government opposes the relief requested in this Motion.

U.S. Probation has requested that its Draft Presentence Investigation Report for Mr. Jackman be due no earlier than January 3, 2024. As a result, counsel for Mr. Jackman requests a sentencing hearing date of no earlier than January 24th. That would permit time for the parties to review the report, lodge objections and then submit materials in support of their respective allocutions.[1] The defense proposes the following schedule (or some variation of it driven by whenever the Court is available for a Sentencing Hearing):

---

[1] Due to respective schedules, Mr. Jackman's PSR Interview was only recently completed. U.S. Probation requests 60 days from the completion of its interview to submit its draft report.

January 3, 2024 – Draft Presentence Investigation Report due

January 10, 2024 – Objections to Draft Report due

January 14, 2024 – Final Presentence Investigation Report due

January 17, 2024 – Sentencing Memoranda due

January 24, 2024 – Sentencing Hearing

In addition, counsel is still in the midst of collecting relevant, potentially mitigating information on Mr. Jackman's behalf.

## Conclusion

Mr. Jackman respectfully requests that this Court grant his Motion, vacate the sentencing hearing scheduled for December 6, 2024, reset the hearing for a date on or after January 24, 2024 and to reset deadlines for materials in support of sentencing for one week prior to that date.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/ Eugene Ohm
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, Suite 550
Washington, D.C. 20004
(202) 208-7500