UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN A. TUCK,<br><br>Defendant. | Case No. 21-cr-378-TJK-4 |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that will be provided to the Court and defense counsel, in relation to the government's sentencing memorandum. These exhibits will be offered into evidence during the sentencing hearing.

| Exhibit | Length | Description |
|---|---|---|
| A | 0:54 | Open source video depicting events on northeast side of the Capitol at approximately 2:16 p.m. |
| B | 7:17 | Open source video depicting events at East Rotunda Doors at approximately 2:40 p.m. |
| C | 1:16 | Open source video depicting events at East Rotunda Doors at approximately 2:40 p.m. |
| D | 0:39 | Open source video depicting events inside East Rotunda Doors shortly after 2:40 p.m. |
| D | 0:34 | Open source video depicting events inside gallery of Senate Chamber at approximately 2:43 p.m. |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:   /s/ Jason McCullough
      JASON B.A. MCCULLOUGH

1

DC Bar No. 998006; NY Bar No. 4544953
MONIKA (ISIA) JASIEWICZ
D.C. Bar No. 1024941
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
(202) 858-7233
isia.jasiewicz@usdoj.gov